# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHUNDA WILKINS, on behalf of herself**                           **PLAINTIFF**
**and all others similarly situated**

v.                      **CASE NO. 3:20-CV-00116-BSM**

**SIMMONS BANK**                                                    **DEFENDANT**

## ORDER

The clerk is directed to transfer this case to United States Chief District Judge D.P Marshall, Jr. because it is related to *Tannehill v. Simmons Bank*, case number 3:19-cv-00140-DPM. *See* General Order 39.

IT IS SO ORDERED this 16th day of April 2020.

                                                           /s/ Brian S. Miller
                                                         UNITED STATES DISTRICT JUDGE