IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| SHUNDA WILKINS, DIANN GRAHAM, and DAVID WATSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMMONS BANK,<br><br>Defendant. | Case No. 3:20-cv-00116-DPM<br><br>Hon. D.P. Marshall Jr. |

**DEFENDANT SIMMONS BANK'S REPLY IN SUPPORT OF MOTION
FOR AWARD OF ATTORNEY'S FEE AND PRE-JUDGMENT INTEREST**

Wilkins wants to have her cake and eat it too. She faults Simmons for applying too much effort in seeking recovery of her debt to Simmons. Then she complains that Simmons has not applied enough effort to document the substantially reduced attorneys' fees that Simmons requests. With respect, Wilkins is in no position to complain about either.

It was Wilkins's persistent failure to either answer Simmons's counterclaims or agree to a judgment for even the undisputed $510.21 portion of her debt that forced Simmons to incur the sizeable fees it incurred litigating this issue, which far exceed the $5,000 requested fee award. At each turn, Wilkins evaded Simmons's attempts to negotiate and then staunchly opposed its attempts for Court relief by presenting inaccurate factual and legal arguments requiring rebuttal (despite being told that Simmons would seek attorneys' fees and despite now asserting that the "counterclaim was straightforward and non-complex," Dkt. 69 at 5). Requesting only 20 hours of compensation for a much greater quantity of work actually performed (and at a highly reduced billing rate) is more than reasonable under any set of factors for evaluating fee requests.

1

Given that Simmons requests an award representing only a fraction of the time actually billed at a fraction of the rates actually charged, the affidavit submitted with Simmons' motion is more than adequate to support the requested fee award. It describes the amount and nature of work done. And it provides information about the lowest hourly rate charged. Dkt. 67-1. Providing more would have unnecessarily added to the fees incurred on this issue and burdened the Court and parties with review of billing records, resumes, and other material.

Nor is there any merit to Wilkins's quibbles with the requested $250 rate or the qualifications of Simmons's counsel. Wilkins asserts the bank selected an hourly rate of $250 "out of thin air," but that rate was not requested without precedent.[1] And there can be no doubt that Simmons's lawyers possess the qualifications and experience justifying the requested hourly rate.[2]

Wilkins's entirely unsupported effort to pretend that fees should be limited to what is supposedly "customary" for debt-collection matters is equally baseless. The dispute over Wilkins's debt is part of a putative multi-state class action in which Wilkins is represented by six law firms and wants to serve as a class representative. That context, along with the staunch opposition mounted by Wilkins and her lawyers, justifies a $5,000 fee award.

---

[1] *See, e.g.*, *Huffman v. Associated Mgmt. Ltd.*, 2021 WL 3122338, at *4 (E.D. Ark. July 22, 2021); *Little Rock Sch. Dist. v. Pulaski Cty. Special Sch. Dist.*, 2019 WL 3408892, at *2, *5 (E.D. Ark. July 26, 2019); *Scroggin v. Credit Bureau of Jonesboro, Inc.*, 973 F. Supp. 2d 961, 983 (E.D. Ark. 2013).

[2] *See, e.g.*, https://www.mayerbrown.com/en/news/2020/02/mayer-brown-named-a-law360-firm-of-the-year-for-fourth-consecutive-year ("Mayer Brown has been named a "Firm of the Year" by *Law360* for the fourth consecutive year—the only law firm to hold this distinction. The firm earned this honor by prevailing in eight categories in the publication's "Practice Groups of the Year" series: Appellate, Banking, Benefits, Consumer Protection, Environmental, Project Finance, Securitizations and Tax."); https://www.mayerbrown.com/en/people/h/holifield-lucy-l?tab=overview; https://www.mayerbrown.com/en/people/y/yount-joshua-d?tab=overview (providing professional profiles for the two attorneys who performed most of the work in relation to pursuing these counterclaims).

**CONCLUSION**

For the foregoing reasons, Simmons respectfully requests that this Court grant its Motion for Award of Attorney's Fee and Pre-judgment Interest [Dkt. 67].

Dated: September 28, 2021                    Respectfully submitted,

                                                      Debra Bogo-Ernst (IL No. 6271962) (*pro hac vice*)
                                                      Lucy Holifield (AR No. 2016165; IL No. 6329822)
                                                      Attorneys for Simmons Bank
                                                      MAYER BROWN LLP
                                                      71 South Wacker Drive
                                                      Chicago, Illinois 60606
                                                      (312) 782-0600 Telephone
                                                      (312) 701-7711 Facsimile
                                                      dernst@mayerbrown.com
                                                      lholifield@mayerbrown.com

                                                      E. B. Chiles IV (96179)
                                                      R. Ryan Younger (2008209)
                                                      Attorneys for Simmons Bank
                                                      QUATTLEBAUM, GROOMS & TULL PLLC
                                                      111 Center Street, Suite 1900
                                                      Little Rock, Arkansas 72201
                                                      (501) 379-1700 Telephone
                                                      ryounger@qgtlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 28, 2021, a true and accurate copy of the foregoing was distributed to the following counsel of record through the Court's ECF system:

E. Adam Webb
Webb, Klase & Lemond, LLC
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
770-444-0773
Email: adam@webbllc.com

Francis J. Casey Flynn
Consumer Protection Legal LLC
422 South Curson Avenue
Los Angeles, CA 90036
314-662-2836
Email: casey@consumerprotectionlegal.com

J. Gerard Stranch , IV
Branstetter, Stranch & Jennings PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37204
615-254-8801
Email: gerards@bsjfirm.com

Jeffrey Kaliel
Kaliel PLLC
1875 Connecticut Avenue NW
10th Floor
Washington, DC 20009
202-350-4783
Email: jkaliel@kalielpllc.com

Lynn A. Toops
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
317-636-6481
Email: ltoops@cohenandmalad.com

2

Tiffany Marko Yiatras
Consumer Protection Legal LLC
422 South Curson Avenue
Los Angeles, CA 90036
314-725-7700
Fax: 314-721-0905
Email: tiffany@consumerprotectionlegal.com

William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38103
901-529-7996
Fax: 901-529-7998
Email: bburns@watsonburns.com

/s/ Debra Bogo-Ernst
Debra Bogo-Ernst