IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHUNDA WILKINS and DAVID WATSON
on behalf of themselves and all others
similarly situated                                                                    PLAINTIFFS

v.                              No. 3:20-cv-116-DPM

SIMMONS BANK                                                                        DEFENDANT

ORDER

Simmons Bank's motion for attorneys' fees and prejudgment interest, *Doc. 67*, is granted as modified. The Court appreciates the Bank's reductions, but the market rate for a lawyer's work collecting a debt in the Eastern District of Arkansas is no more than $150 per hour. But for Wilkins's opposition, this dispute could have been litigated well and completely in a few hours. Considering the context, and all the material circumstances, twenty hours of time is fair. The Court, therefore, awards a reasonable fee of $3,000.00 ($150 x 20 = $3,000.00). *Chrisco v. Sun Industries, Inc.*, 304 Ark. 227, 800 S.W.2d 717 (1990).

The Bank is entitled to prejudgment interest on the $510.21 that Wilkins owed when her account was closed on 21 December 2017. The parties have no dispute: absent an agreement otherwise, Arkansas law supports an award of prejudgment interest at six percent. ARK. CODE ANN. § 4-57-101(d); *Doc. 68 at 6 & Doc. 69 at 1 n.1*. The Court therefore

-2-

awards prejudgment interest on the negative balance to date of $117.88 and $0.0839 per day until the debt is paid. The Court will withhold Judgment until the end of the case.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 October 2021