# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SHUNDA WILKINS;  DIANN
GRAHAM;  and DAVID WATSON                                    PLAINTIFFS

v.                         No. 3:20-cv-116-DPM

SIMMONS BANK                                                  DEFENDANT


SIMMONS BANK                                           COUNTER-CLAIMANT

v.                         No. 3:20-cv-116-DPM

SHUNDA WILKINS                                      COUNTER-DEFENDANT

## JUDGMENT

**1.**   The amended complaint is dismissed with prejudice.

**2.**   The Court enters Judgment in the agreed amount of $3,099.41 in favor of Simmons Bank and against Shunda Wilkins on Simmons's counter-claim.  This amount includes Wilkins's underlying debt, attorneys' fees, and prejudgment interest less her payment during litigation.  Post-Judgment interest will accrue at 5.42% per annum from this date until the Judgment is paid.  28 U.S.C. § 1961(a)–(b).

*signature*

D.P. Marshall Jr.
United States District Judge

<u>14 July 2023</u>

-2-