# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2838

_____

Shunda Wilkins, on behalf of herself and all others similarly situated; David Watson, on behalf of himself and all others similarly situated

Plaintiffs - Appellants

v.

Simmons Bank

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:20-cv-00116-DPM)

_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 11, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Wednesday, October 11, 2023 9:25 AM |
| **Subject:** | 23-2838 Shunda Wilkins, et al v. Simmons Bank "judgment filed sua sponte dismiss case voluntarily" (3:20-cv-00116-DPM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 10/11/2023

| | |
|---|---|
| **Case Name:** | Shunda Wilkins, et al v. Simmons Bank |
| **Case Number:** | 23-2838 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The case is dismissed in accordance with Rule 42(b), Federal Rules of Appellate Procedure. Mandate shall issue forthwith. [5324810] [23-2838] (Maddison Barra)

**Notice will be electronically mailed to:**

Ms. Debra L. Bogo-Ernst, Attorney: dernst@willkie.com, maoch1@willkie.com
Mr. William F. Burns: fwatson@watsonburns.com
Mr. Emmett B. Chiles, IV: cchiles@qgtlaw.com, gsmith@qgtlaw.com
Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Francis J. Flynn: casey@consumerprotectionlegal.com
Lucy Lee Holifield: lholifield@mayerbrown.com
Mr. Jeffrey D. Kaliel: jkaliel@kalielpllc.com, jkaliel@kalielgold.com, ngarcia@kalielgold.com
G. Franklin Lemond, Jr.: franklin@webbllc.com
Mr. James Gerard Stranch, IV: gstranch@stranchlaw.com, jsteele@stranchlaw.com, hcorder@stranchlaw.com
Mr. Edward Adam Webb: adam@webbllc.com, eadamwebb@hotmail.com, flemond@webbllc.com, matt@webbllc.com
Tiffany M. Yiatras: tiffany@consumerprotectionlegal.com
Mr. Robert Ryan Younger: ryounger@qgtlaw.com, gsmith@qgtlaw.com
Mr. Joshua D. Yount: jdyount@mayerbrown.com, courtnotification@mayerbrown.com, 8529726420@filings.docketbird.com

The following document(s) are associated with this transaction:
**Document Description:** Judgment: Clerk Directed
**Original Filename:** /opt/ACECF/live/forms/MaddisonBarra_232838_5324810_JudgmentsClerkDirected_125.pdf

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/11/2023] [FileNumber=5324810-0]
[04b121c504d04c21ce422b9ba67997e19074737ee242b0c8213a8b3a464fe0a26a89687603d8ec716378196581fc8d485c
1993b5ed17ffd2982b6f277b1e0027]]

**Recipients:**

- Ms. Debra L. Bogo-Ernst, Attorney
- Mr. William F. Burns
- Mr. Emmett B. Chiles, IV
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Mr. Francis J. Flynn
- Lucy Lee Holifield
- Mr. Jeffrey D. Kaliel
- G. Franklin Lemond, Jr.
- Mr. James Gerard Stranch, IV
- Mr. Edward Adam Webb
- Tiffany M. Yiatras
- Mr. Robert Ryan Younger
- Mr. Joshua D. Yount

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5324810
**RELIEF(S) DOCKETED:**
  dismiss case voluntarily
**DOCKET PART(S) ADDED:** 7376703, 7376704, 7376705