# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2838

Shunda Wilkins, on behalf of herself and all others similarly situated and David Watson, on behalf of himself and all others similarly situated

Appellants

v.

Simmons Bank

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:20-cv-00116-DPM)

---

## MANDATE

In accordance with the judgment of October 11, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 11, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit

**John Hibbs**

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Wednesday, October 11, 2023 9:26 AM |
| **Subject:** | 23-2838 Shunda Wilkins, et al v. Simmons Bank "Mandate Issued" (3:20-cv-00116-DPM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 10/11/2023

**Case Name:** Shunda Wilkins, et al v. Simmons Bank
**Case Number:** 23-2838
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED. [5324813] [23-2838] (Maddison Barra)

**Notice will be electronically mailed to:**

Ms. Debra L. Bogo-Ernst, Attorney: dernst@willkie.com, maoch1@willkie.com
Mr. William F. Burns: fwatson@watsonburns.com
Mr. Emmett B. Chiles, IV: cchiles@qgtlaw.com, gsmith@qgtlaw.com
Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Francis J. Flynn: casey@consumerprotectionlegal.com
Lucy Lee Holifield: lholifield@mayerbrown.com
Mr. Jeffrey D. Kaliel: jkaliel@kalielpllc.com, jkaliel@kalielgold.com, ngarcia@kalielgold.com
G. Franklin Lemond, Jr.: franklin@webbllc.com
Honorable D. Price Marshall, Chief District Judge: Price_Marshall@ared.uscourts.gov, Sherri_Black@ared.uscourts.gov, christoph_keller@ared.uscourts.gov, Sarah_smith@ared.uscourts.gov, jace_motley@ared.uscourts.gov
Mr. James Gerard Stranch, IV: gstranch@stranchlaw.com, jsteele@stranchlaw.com, hcorder@stranchlaw.com
Mr. Edward Adam Webb: adam@webbllc.com, eadamwebb@hotmail.com, flemond@webbllc.com, matt@webbllc.com
Tiffany M. Yiatras: tiffany@consumerprotectionlegal.com
Mr. Robert Ryan Younger: ryounger@qgtlaw.com, gsmith@qgtlaw.com
Mr. Joshua D. Yount: jdyount@mayerbrown.com, courtnotification@mayerbrown.com, 8529726420@filings.docketbird.com

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/MaddisonBarra_232838_5324813_MandateIssuedForms_386.pdf

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/11/2023] [FileNumber=5324813-0]
[bf3fd29ab7f84992d3f8db9798e2aa7e0335c30eab1ce29bd94c47ecc320b7b79e0999cb3a2403770c0c729854281e7d790
66fbbe72d264057d1ff52c8254573]]

**Recipients:**

- Ms. Debra L. Bogo-Ernst, Attorney
- Mr. William F. Burns
- Mr. Emmett B. Chiles, IV
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Mr. Francis J. Flynn
- Lucy Lee Holifield
- Mr. Jeffrey D. Kaliel
- G. Franklin Lemond, Jr.
- Honorable D. Price Marshall, Chief District Judge
- Mr. James Gerard Stranch, IV
- Mr. Edward Adam Webb
- Tiffany M. Yiatras
- Mr. Robert Ryan Younger
- Mr. Joshua D. Yount

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5324813
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7376708

2